UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: **15-CV-62212-BLOOM/VALLE**

BPI SPORTS, LLC, a Florida limited liability company,

    Plaintiff,

v.

LABDOOR, INC., a Delaware corporation,

    Defendants.

### SUMMONS IN A CIVIL CASE

To:    LABDOOR, INC.
    Neil Thanedar, CEO and RA
    449 Forbes Blvd.
    San Francisco, CA 94080

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

    **Cary A. Lubetsky, Esq.**
    **KRINZMAN, HUSS & LUBETSKY**
    800 Brickell Avenue, Suite 1501
    Miami, Florida 33131
    Telephone:   (305) 854-9700
    Facsimile:   (305) 854-0508

an answer to the Complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Patrick Edwards
Deputy Clerk
U.S. District Courts

**10/21/2015**
DATE